*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

In Re:                                                                    *ORDER OF DISMISSAL*
                                                                                        **FOR**

**Celsius Network LLC**                                      *FAILURE TO PROSECUTE*
                                                                              *BANKRUPTCY APPEAL*


-------------------------------------------------------X              25-CV-3644 JAV

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:        TAMMI M. HELLWIG, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Celsius Network LLC                         BANKRUPTCY CASE: **22-B-10964 (MG)**
DATE OF FILING NOTICE OF APPEAL: 03/28/2025
BANKRUPTCY DOCUMENT #: 8064

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee as required by:

    ___ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **November 17, 2025**                               Vito Genna, Clerk
    New York, New York                                    U.S. Bankruptcy Court, SDNY

                                                                          By: _____
                                                                                        Deputy Clerk

**ORDER**

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated:    December 3, 2025                            _____
    New York, New York                              Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Tammi M. Hellwig, Clerk
                                                                                        District Court, SDNY

                                                                          By: _____
                                                                                        Deputy Clerk